THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| OWNERS ASSOCIATION OF LONGFELLOW RUN CONDOMINIUM, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation; STATE FARM AND CASUALTY COMPANY, an Illinois Corporation; DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | Case No. 2:18-cv-00216-MJP<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between plaintiff, Owners Association of Longfellow Run Condominium, and defendant Commonwealth Insurance Company of America, by and through their respective counsel, that all of plaintiff's claims in this matter asserted against Commonwealth Insurance Company of America may be dismissed without prejudice and without an award of costs or fees.

DATED this 25th day of June, 2018.

STIPULATION AND PROPOSED ORDER OF DISMISSAL:
Case No. 2:18-cv-00216-MJP - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

121711.0088/7348256.1

| | |
|---|---|
| STEIN, SUDWEEKS & HOUSER, PLLC | LANE POWELL PC |
| By *s/ Daniel J. Stein* <br>    Daniel J. Stein, WSBA No. 48739 <br>    Justin D. Sudweeks, WSBA No. 28755 <br>    Daniel S. Houser, WSBA No. 32327 <br>    Jerry H. Stein, WSBA No. 27721 <br>    dstein@condodefects.com <br>    justin@condodefects.com <br>    dhouser@condodefects.com <br>    jstein@condodefects.com <br> Attorneys for Plaintiff | By *s/ Stephania C. Denton* <br>    Stephania C. Denton, WSBA No. 21920 <br>    dentons@lanepowell.com <br> Attorneys for Defendant Commonwealth Insurance Company of America |

STIPULATION AND PROPOSED ORDER OF DISMISSAL:
Case No. 2:18-cv-00216-MJP - 2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0088/7348256.1

**[PROPOSED] ORDER**

The plaintiff, Owners Association of Longfellow Run Condominium, and defendant Commonwealth Insurance Company of America, having stipulated for dismissal as to said defendant in the above-entitled matter without prejudice and without costs or fees; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that defendant Commonwealth Insurance Company of America is dismissed without prejudice and without an award of costs or fees to any party.

DATED this 26th day of June, 2018.

_____
HONORABLE Marsha J. Pechman
Judge, U.S. District Court

Presented by:

LANE POWELL PC


BY: *s/ Stephania C. Denton*
Stephania C. Denton, WSBA No. 21920
Attorneys for Defendant Commonwealth
dentons@lanepowell.com
Insurance Company of America


STEIN, SUDWEEKS & HOUSER, PLLC

By *s/ Daniel J. Stein*
Daniel J. Stein, WSBA No. 48739
Justin D. Sudweeks, WSBA No. 28755
Daniel S. Houser, WSBA No. 32327
Jerry H. Stein, WSBA No. 27721
dstein@condodefects.com
justin@condodefects.com
dhouser@condodefects.com
jstein@condodefects.com
Attorneys for Plaintiff

STIPULATION AND PROPOSED ORDER OF DISMISSAL:
Case No. 2:18-cv-00216-MJP - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121711.0088/7348256.1

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States, that on the 25th day of June, 2018, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Daniel J. Stein, WSBA No. 48739
Justin D. Sudweeks, WSBA No. 28755
Daniel S. Houser, WSBA No. 32327
Jerry H. Stein, WSBA No. 27721
Stein, Sudweeks & Houser, PLLC
2701 First Avenue, Suite 430
Seattle, Washington 98121
dstein@condodefects.com
justin@condodefects.com
dhouser@condodefects.com
jstein@condodefects.com
Attorneys for Plaintiff

Michael S. Rogers, WSBA No. 16423
Reed McClure
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161-1087
mrogers@rmlaw.com
Attorneys for Defendant State Farm Fire
  and Casualty Company

Executed on the 25th day of June, 2018, at Seattle, Washington.

*s/ Lou Rosenkranz*
Lou Rosenkranz, Legal Assistant

STIPULATION AND PROPOSED ORDER OF DISMISSAL:
Case No. 2:18-cv-00216-MJP - 4

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

121711.0088/7348256.1