HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OWNERS ASSOCIATION OF LONGFELLOW RUN CONDOMINIUM, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH INSURANCE COMPANY OF AMERICA, a New Hampshire corporation; STATE FARM FIRE AND CASUALTY COMPANY, an Illinois0 corporation; DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 2:18-cv-00216-MJP<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANT STATE FARM *and Casualty Company*<br><br>NOTE ON MOTION CALENDAR: JUNE 28, 2018 |

Plaintiff and defendant State Farm Fire and Casualty Company stipulate and move that plaintiff's claims against defendant State Farm Fire and Casualty Company shall be dismissed without prejudice and without fees or costs awarded to any party. Plaintiff is not dismissing its claims against any other party.

STIPULATION AND ORDER OF DISMISSAL OF
CLAIMS AGAINST DEFENDANT STATE FARM – 1
[Case No. 2:18-cv-00216-MJP]

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

067822.001126 843879.docx

DATED this 28th day of June, 2018.

| REED McCLURE | STEIN, SUDWEEKS & HOUSER PLLC |
|---|---|
| By *s/Michael S. Rogers*<br>Michael S. Rogers, WSBA 16423<br>Attorney for Defendant State Farm<br>Fire and Casualty Company<br>mrogers@rmlaw.com | By *s/Daniel Stein* (with email permission)<br>Daniel Stein, WSBA 48739<br>Attorney for Plaintiff<br>dstein@condodefects.com |

## ORDER

Based upon the foregoing stipulation, it is hereby ordered that plaintiff's claims against defendant State Farm Fire and Casualty Company are dismissed without prejudice and without fees or costs to any party.

DONE IN OPEN COURT this 29 day of June, 2018.

HON. MARSHA J. PECHMAN

STIPULATION AND ORDER OF DISMISSAL OF
CLAIMS AGAINST DEFENDANT STATE FARM – 2
[Case No. 2:18-cv-00216-MJP]

067822.001126 843879.docx

**REED McCLURE**
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152